UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 3:07-CR-42 |
| | ) | (PHILLIPS/GUYTON) |
| EDDIE DENTON, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pre-trial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) and by the Order [Doc. 76] of the Honorable Thomas W. Phillips, United States District Court Judge, for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. Defendant Denton has motions pending before this Court, including his Motion to Withdraw all Previous Motions [Doc. 96], filed on July 27, 2007.

Defendant moves to withdraw all of his previous motions filed with this Court. [Doc. 96]. The Court finds Defendant's Motion for Miscellaneous Relief **[Doc. 96]** to be well-taken, and it is **GRANTED**. Accordingly, the following motions are **DENIED as moot**:

- Defendant Eddie Denton's Motion for Hearing to Determine Conspiracy [Doc. 46][1];

- Defendant Eddie Denton's Motion for Bill of Particulars [Doc. 67];

- Defendant Eddie Denton's Motion to Suppress [Doc. 69];

---

[1]The Court allowed Defendant Denton to join Co-Defendant Todd Douglas's Motion for Hearing to Determine Conspiracy [Doc. 46]. [See Doc. 78]. Though this motion will be denied as moot as to Defendant Denton, it will remain pending as to Co-Defendant Walter Holt, who was also permitted to join in Defendant Douglas's Motion for Hearing to Determine Conspiracy.

- Defendant Eddie Denton's Motion for Pretrial Notice of Government's Intent to Use Evidence [Doc. 70];

- Defendant Eddie Denton's Motion for Pretrial Notice of Government's Intent to Use 404(b)-Type Evidence [Doc. 71]; and

- Defendant Eddie Denton's Motion in Limine to Prohibit the Introduction of Evidence of the Defendant's Prior Convictions [Doc. 72].

**IT IS SO ORDERED.**

                              **ENTER:**

                              _s/ H. Bruce Guyton_
                            United States Magistrate Judge